## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF CALIFORNIA

IN RE:                 )
Costa, Ronald Peter     )
Costa, Stephanie Marie    )
                         )
                         ) Bankruptcy Case No.
                         )
                         )
                         )
                Debtors.   )

### VERIFICATION OF MASTER ADDRESS LIST

I (we) declare under penalty of perjury that the Master Address List submitted for filing in this case (please check and complete one):

☐ on computer diskette as "pure text" (not delimited) in a file named CREDITOR.SCN, listing a total of _____ creditors, **[required with conventionally filed petitions prepared by an attorney or bankruptcy petition preparer]**

**OR**

☐ typed in scannable format on paper, consisting of ____ pages and listing a total of _____ creditors, **[only acceptable with conventionally filed petitions not prepared by an attorney or bankruptcy petition preparer]**

**OR**

☑ electronically as "pure text" (not delimited) in a file with a .txt extension, listing a total of __13__ creditors, **[required with electronically filed petitions]**

is a true, correct, and complete listing to the best of my (our) knowledge and belief.

I (we) acknowledge that the accuracy and completeness of the Master Address List is the shared responsibility of the debtor(s) and the debtor's(s') attorney or bankruptcy petition preparer, if any.

I (we) further acknowledge that the Court will rely on the Master Address List for all mailings, and that the various schedules and statements required by the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure will not be used for mailing purposes.

DATED: **August 10, 2012**

/s/ Ronald Peter Costa                         /s/ Stephanie Marie Costa
      Debtor's Signature                           Joint Debtor's (if any) Signature

EDC 2-100 (Rev. 10/2007)

```
Amex
Po Box 297871
Fort Lauderdale, FL   33329

Asset Acceptance Llc
Po Box 1630
Warren, MI   48090

Bank Of America, N.a.
450 American St
Simi Valley, CA   93065

California Service Bur
100 Wood Hollow Dr Ste 2
Novato, CA   94945

Chase
Po Box 15298
Wilmington, DE   19850

Credit Bur Of Placer C
Po Box R
Roseville, CA   95678

Dept Of Ed/sallie Mae
Po Box 9635
Wilkes Barre, PA   18773

Discover Fin Svcs Llc
Po Box 15316
Wilmington, DE   19850

Midland Funding
8875 Aero Dr Ste 200
San Diego, CA   92123

Retailers Credit Assoc
830 Zion St
Nevada City, CA   95959

Schools Fcu
Po Box 526001
Sacramento, CA   95852

Thd/cbna
Po Box 6497
Sioux Falls, SD   57117

Webbank/dfs
1 Dell Way
Round Rock, TX   78682
```